**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSAM VAZIRI,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. EDCV 26-4517 PVC<br>**MEMORANDUM DECISION AND ORDER GRANTING PETITION AND ORDERING IMMEDIATE RELEASE** |

On August 11, 2026, Petitioner, an immigrant detainee and citizen of Iran, filed through counsel a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (“Petition”), seeking an order requiring Respondents to immediately release him from immigration detention and awarding Petitioner his costs and reasonable attorney’s fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Pet., Dkt. No. 1 at 25). On August 18, 2026, Respondents responded to the Petition for Writ of Habeas Corpus. (Dkt. No. 7). The Answer stated that “Respondents are not presenting an opposition argument” to the Petition. (*Id.* at 2). Because Respondents do not oppose the Petition, its merits are conceded. *See* C.D. Cal. L.R. 7-12 (“The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.”); *see*

*also* C.D. Cal. L.R. 7-9 (setting forth the requirements of opposition brief or statement of non-opposition).

**ORDER**

Accordingly, the Court **GRANTS** the Petition, and Respondents are **ORDERED** to:

(1) **IMMEDIATELY RELEASE** Petitioner **Samsam Vaziri, A Number: 078348415** from custody; and

(2) File a notice of compliance advising how they complied with this Order within seven days.

The matter is deemed closed. The Court **ORDERS** the Clerk to vacate any pending dates and to close the case. Judgment is **ENTERED** in favor of Petitioner.

As to Petitioner's request for an award of attorney's fees and costs, the Court will consider an application under the Equal Access to Justice Act requesting costs and reasonable attorney's fees that is filed within 30 days of entry of final judgment in this action. *See Rahimi v. Semaia*, 2026 WL 246066, at *3 (C.D. Cal. Jan. 27, 2026) ("The Court will consider an application requesting costs and reasonable attorneys fees under the EAJA that is filed within 30 days of final judgment in this

action.”).

IT IS SO ORDERED.

DATED: August 19, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE