JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SAMSAM VAZIRI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. EDCV 26-4517 PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents are ordered to: **IMMEDIATELY RELEASE** Petitioner **Samsam Vaziri, A Number: 078348415** from custody; and File a notice of compliance advising how they complied with this Order within seven days.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 19, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE